UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DARNELL WESLY MOON, | ) |
| | ) |
| Plaintiff(s), | ) |
| | ) |
| v. | ) No. 4:09CV00117 DDN |
| | ) |
| NATIONAL ASSET RECOVERY | ) |
| SERVICES, INC., et al., | ) |
| | ) |
| Defendant(s). | ) |

**ORDER OF DISMISSAL**
**PURSUANT TO 28 U.S.C. § 1915(e)(2)(B)**

**IT IS HEREBY ORDERED** that plaintiff's complaint is **DISMISSED**, without prejudice, pursuant to 28 U.S.C. § 1915(e)(2)(B).

**IT IS HEREBY CERTIFIED** that an appeal from this dismissal would not be taken in good faith. See 28 U.S.C. § 1915(a)(3).

So Ordered this 2nd Day of February, 2009.

*/s/ E. Richard Webber*
_____
E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE